

U.S. Department of Justice

United States Attorney
Eastern District of New York

ems

271 Cadman Plaza East
Brooklyn, New York 11201

June 8, 2011

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUN 1 0 2011 ★

BROOKLYN OFFICE

Honorable Alynne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Butt v. Quarantillo et al. CV-11-0816 (Ross, J.)(Mann, M.J.)

Dear Judge Ross:

Defendants write to respectfully request that this action be dismissed as moot.

In this action, Plaintiff seeks an order directing United States Citizenship and Immigration Services ("USCIS") to adjudicate his application for permanent residence. USCIS approved the application on June 3, 2011. A copy of the first page of the application with the approval stamp is annexed hereto.

Thus, this action is now moot. Accordingly, Defendants respectfully request that the Court issue an Order (1) dismissing this action with prejudice, without costs and attorney's fees to any party; and (2) directing the Clerk of the Court to enter judgment accordingly.

Granted. The action is dismissed as moot. The clerk of court is directed to enter judgment accordingly.
So ORDERED.

s/Allyne R. Ross, Sr. USDJ

cc (via ECF): 6/9/11

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
(electronically filed)

By: /s_____
ELLIOT M. SCHACHNER
Assistant U.S. Attorney
(718) 254-6053

Wilens & Baker
Attorneys for Plaintiff
Attn: Spiro Serras, Esq.

**START HERE - Please type or print in black ink.**

## Part 1. Information about you.

Family Name: **BUTT**
Given Name: **Muhammad**
Middle Name: **Zahid**

Address - C/O:

Street Number and Name: **30-46 14th Street**
Apt. #: **3R**

City: **Astoria**
State: **NY**
Zip Code: **11102**

Date of Birth (mm/dd/yyyy): [redacted]
Country of Birth: **Pakistan**
Country of Citizenship/Nationality: **Pakistan**

U.S. Social Security #: [redacted]
A # (if any): ~~None~~ **87 307 388**

Date of Last Arrival (mm/dd/yyyy): **02/09/2008**
I-94 #: **859704111 12**

Current USCIS Status:
Expires on (mm/dd/yyyy): **Unknown**

**For USCIS Use Only**

Returned:
Receipt:
Resubmitted:
Reloc Sent:
Reloc Rec'd:

03/26/2008
MSC-08-179-11097
I-485

Applicant Interviewed: 10-13-08 GORDY

5/24/2011-IB

Section of Law:
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

Country Chargeable: Pakistan

Eligibility Under Sec. 245
☑ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant

**APPROVED**
JUN 0 3 2011
002097
U.S. Citizenship and Immigration Services

## Part 2. Application type. (check one)

I am applying for adjustment to permanent resident status because:

a. ☑ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e) (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate.)

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain (for example, I was admitted as a refugee, my status has not been terminated, and I have been physically present in the U.S. for one year after admission). If additional space is needed, use a separate piece of paper.

I am already a permanent resident and am applying to have the date
residence adjusted to the date I originally arrived in the United States
parolee, or as of May 2, 1964, whichever date is later, and: (Check

i. ☐ I am a native or citizen of Cuba and meet the description in (e) above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the descri above.

Form I-485 (Rev. 07/30/07)Y